UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS BORLE, Personal Representative
of the Estate of NANCY J. BORLE, Deceased,
and KEITH BORLE, Individually,

    Plaintiffs,

VS.                                              Case No: 2:09-cv-14726

STANISLAW JAROSZ and AIR TIME ON      Honorable Patrick J. Duggan
TIME EXPRESS,                             Magistrate Judge: Mark A. Randon

    Defendants.
_____/

BY: ROBERT E. BERG, JR., P10713
Attorney for Plaintiffs
39850 Van Dyke Avenue, Suite 100
Sterling Heights, MI 48313
586/979-1992

BY: AARON D. WISELEY, P60464
Attorney for Defendants
2090 Celebration Dr., NE, Ste. 202
Grand Rapids, MI 49525
616/447-9610
_____/

## ORDER FOR AUTHORITY TO DISTRIBUTE PROCEEDS OF WRONGFUL DEATH SETTLEMENT

    At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan on:

                April 14, 2010

PRESENT: HONORABLE:  PATRICK J. DUGGAN
                          United States District Court Judge

    This cause came on to be heard on the Petition of the Personal Representative of the

above Estate, and the Court having read and considered said Petition and being fully advised in

the premises, it is;

> **ORDERED** that distribution of the proceeds of said wrongful death claim, after payment of attorney fees and expenses, is authorized in the following manner:

Keith Borle (spouse) - $150,000.00

Curtis Borle (son) - $450,000.00.

```
                              s/Patrick J. Duggan
```
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS BORLE, Personal Representative
of the Estate of NANCY J. BORLE, Deceased,
and KEITH BORLE, Individually,

    Plaintiffs,

VS.

STANISLAW JAROSZ and AIR TIME ON
TIME EXPRESS,

    Defendants.
_____/

Case No: 2:09-cv-14726

Honorable Patrick J. Duggan
Magistrate Judge: Mark A. Randon

BY: ROBERT E. BERG, JR., P10713
Attorney for Plaintiffs
39850 Van Dyke Avenue, Suite 100
Sterling Heights, MI 48313
586/979-1992

BY: AARON D. WISELEY, P60464
Attorney for Defendants
2090 Celebration Dr., NE, Ste. 202
Grand Rapids, MI 49525
616/447-9610
_____/

## PETITION FOR AUTHORITY TO DISTRIBUTE PROCEEDS OF WRONGFUL DEATH SETTLEMENT

Petitioner, Personal Representative of the Estate of Nancy J. Borle, Deceased, says:

1.    On July 27, 2009, the Decedent died as the result of an automobile accident which occurred within the jurisdiction of this Court.

2.    On August 31, 2009, Curtis Borle was duly appointed Personal Representative of the Estate of Nancy J. Borle by the Probate Court for the County of Sanilac.

3.    In the capacity as Personal Representative of the Estate, Petitioner entered into

settlement negotiations with the insurance company representative of the person and company who was responsible for the wrongful death of Nancy J. Borle.

4. On 4/14/10, an Order was entered authorizing settlement of this wrongful death claim for the sum of $805,000.00.

5. Pursuant to MCLA 702.115 the Personal Representative desires to distribute the proceeds of such settlement.

6. There are no minor children entitled to a portion of such proceeds.

**WHEREFORE**, Petitioner prays that this Court enter an order authorizing Petitioner to distribute the proceeds from such settlement as follows:

A. Keith Borle (spouse) - $150,000.00

B. Curtis Borle (son) - $450,000.00

C. Law Firm of Robert E. Berg, Jr.- $205,000.00 for costs and attorney fees.

Dated: 4-08-2010

CURTIS BORLE, Personal Representative
of the Estate of Nancy J. Borle, Deceased

By: /s/ Robert E. Berg, Jr.
ROBERT E. BERG, JR., P10713
Attorney for Petitioner
39850 Van Dyke Ave., Ste. 100
Sterling Heights, MI 48313
586/979-1992

STATE OF MICHIGAN}
}ss
COUNTY OF Macomb}

On this 8th day of April, 2010, before me, personally appeared the above named **CURTIS BORLE**, Personal Representative of the Estate of Nancy J. Borle, Deceased,

2

and made oath that he has read the foregoing Petition for Authority to Distribute Proceeds of Wrongful Death Settlement by him subscribed, and knows the contents thereof, and that the same is true of his own knowledge, except as to those matters which are therein stated to be on his information and belief, and as to those matter, he believes them to be true.

*Jacqueline A Kock*
Notary Public,
_Macomb_ County, Michigan
My Commission Expires: 4/15/2011
Acting in _Macomb_ County, Michigan

JACQUELINE A. KOCK
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Apr 15, 2011
ACTING IN COUNTY OF _Macomb_