# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

CURTIS BORLE, Personal Representative
of the Estate of NANCY J. BORLE, Deceased,
and KEITH BORLE, individually,

      Plaintiffs,                    Case No.: 2:09-cv-14726

v                                      Honorable Patrick J. Duggan
                                      Magistrate Judge: Mark A. Randon

STANISLAW JAROSZ and AIRTIME ON
TIME EXPRESS,

      Defendants.
_____

| Robert E. Berg, Jr.    P 10713 | Aaron D. Wiseley    P 60464 |
|---|---|
| Attorney for Plaintiffs | **HOLMES & WISELEY, P.C.** |
| 39850 VanDyke Avenue, Suite 100 | Attorneys for Defendants |
| Sterling Heights, MI 48313 | 2090 Celebration Drive, NE, Suite 202 |
| Telephone: (586) 979-1992 | Grand Rapids, MI 49525 |
|  | Telephone: (616) 447-9610 |

_____

## *STIPULATION AND ORDER OF DISMISSAL*

    ***NOW COME*** the above-named parties, by and through their attorneys, and hereby stipulate and agree that the above matter may be dismissed with prejudice and without costs.

Dated: March 23, 2010            ROBERT E. BERG, JR.

                                        By: /s/ robert e berg jr
                                              Robert E. Berg, Jr.    P 10713
                                              Attorneys for Plaintiffs
                                      BUSINESS ADDRESS;
                                            39850 VanDyke Avenue, Suite 100
                                            Sterling Heights, MI 48313
                                            Telephone: (586) 979-1992

Dated: April 9, 2010                    **HOLMES & WISELEY, P.C.**

                      By:  /s/ aaron d wiseley
                          Aaron D. Wiseley          P 60464
                          Attorneys for Defendants
                      BUSINESS ADDRESS:
                          2090 Celebration Drive, NE, Suite 202
                          Grand Rapids, MI  49525
                          Telephone:  (616) 447-9610
                          Facsimile:  (616) 447-9630
                          e-mail:  awiseley@holmeswiseley.com

## ***ORDER***

At a session of said Court, held in the Federal Courthouse, City of Detroit, County of Wayne, State of Michigan, this 14th day of April, 2010.

**PRESENT:  HONORABLE PATRICK J. DUGGAN, U.S. District Judge**

***IT IS SO ORDERED*** and this is the final order to be entered dismissing this matter.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 14, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 14, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager